**TYSON & MENDES LLP**
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
Email: pobriant@tysonmendes.com
RUSSELL D. CHRISTIAN
Nevada Bar No. 11785
Email: rchristian@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Tel: (702) 724-2648
Fax: (702) 410-7684
*Attorneys for Defendants Pilot Travel Centers LLC and Scott Daniel Grimes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOBIAS WALTON,<br><br>            Plaintiff,<br>vs.<br><br>SCOTT DANIEL GRIMES; PILOT TRAVEL CENTERS LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>            Defendants | CASE NO. 2:24-cv-00111-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines to be extended approximately ninety (90) days,** pursuant to Local Rule 26-1(b).

## I.
## DISCOVERY COMPLETED TO DATE

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Plaintiff has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3. Defendant has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a)

4. Defendants have propounded discovery to Plaintiff.

5. Plaintiff has responded to Defendants' discovery.

1

6. Deposition of Defendant Scott Grimes.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Plaintiff.

2. Deposition of Defendant Pilot Travel Centers LLC's 30(b)(6) witness(es).

3. Deposition(s) of Plaintiff's treating physicians.

4. Deposition of other percipient witnesses.

5. Initial expert disclosures.

6. Rebuttal expert disclosures.

7. Depositions of experts.

8. Issuing subpoenas to additional third-parties, including Plaintiff's medical providers (if any).

9. Additional written discovery (if necessary).

10. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exists for the following reasons:

After discussions amongst the parties the Plaintiff's first date of availability was in early November, just before the expiration of the current expert deadlines as well as the Thanksgiving holidays. Based on the foregoing, both Plaintiff and Defense counsel are requesting that the scheduling order dates including the initial expert disclosure date be extended by about 90 days in order to give the parties' experts time to obtain and review the deposition of the Plaintiff. Additionally, the parties have engaged in informal settlement discussions and would like time after the deposition of the Plaintiff to discuss settlement.

/ / /

**Extension or Modification of The Discovery Plan and Scheduling Order.**

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Disclosures | March 8, 2024 | **March 8, 2024** |
| Motion to Amend/Add Parties | November 26, 2024 | **February 24, 2025** |
| Initial Expert Disclosures | November 26, 2024 | **February 24, 2025** |
| All Rebuttal Expert Disclosures | December 30, 2024 | **March 31, 2025** |
| Discovery Cut-Off Date | February 24, 2025 | **May 27, 2025** |
| Dispositive Motions | March 26, 2025 | **June 24, 2025** |
| Pretrial Order | April 25, 2025 | **July 24, 2025** |

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

Dated this 24th day of October, 2024.

**LADAH LAW FIRM**

By: /s/ Adrian Karimi
ADRIAN KARIMI
Nevada Bar No. 13514
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 24th day of October, 2024.

**TYSON & MENDES LLP**

By: /s/ Russell Christian
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
RUSSELL D. CHRISTIAN
Nevada Bar No. 11785
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
*Attorneys for Defendants*
*Pilot Travel Centers LLC and Scott Daniel Grimes*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 10/25/2024