**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOBIAS WALTON,<br><br>            Plaintiff,<br>vs.<br><br>SCOTT DANIEL GRIMES; PILOT TRAVEL CENTERS LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>            Defendants. | CASE NO. 2:24-cv-00111-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON DEFENDANT'S MOTION FOR SANCTIONS (DOC 65)** |

Defendants filed a Motion for Sanctions on December 23, 2025 (Docket #65). Plaintiff Tobias Walton's response to Defendant's Motion for Sanctions is currently due January 6, 2026.

Plaintiff Tobias Walton, through his counsel of record, Ramzy P. Ladah, Esq., and Adrian A. Karimi, Esq., of Ladah Law Firm, and Defendants Scott Daniel Grimes and Pilot Tavel Centers, LLC, through its counsel of record Melissa L. Alessi, Esq., and Pricella L. O'Briant of Tyson & Mendez, LLP, stipulate and agree, that:

Plaintiff Tobias Walton shall have up to and including Friday, January 9, 2026, to file and serve his response to Defendant's Motion for Sanctions (Docket 65), and any timing for any reply thereafter will be determined by the Local District Court Rules.

| | |
|---|---|
| **LADAH LAW FIRM** | **TYSON & MENDES LLP** |
| /s/ Ramzy P. Ladah | /s/ Melissa L. Alessi |
| **RAMZY PAUL LADAH, ESQ.**<br>Nevada Bar No. 11405<br>**ADRIAN A. KARIMI, ESQ.**<br>Nevada Bar No. 13514<br>Attorneys for Plaintiff | **MELISSA L. ALESSI, ESQ.**<br>Nevada Bar No. 9493<br>**PRISCILLA L. O'BRIANT, Esq.**<br>Nevada Bar No. 10171<br>Attorney for Defendants |

**IT IS SO ORDERED,** Plaintiff's Response to Defendants' Motion for Sanctions (Docket 65) is due January 9, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 29, 2025            .

| | |
|---|---|
| **From:** | Melissa Alessi |
| **To:** | Miriam Alvarez |
| **Cc:** | Ramzy Ladah; Adrian Karimi; Jenny Marimberga; Misty Pettiford; Priscilla O"Briant; Stefania Rota Scalabrini; Marissa Jimenez |
| **Subject:** | Re: Walton v. Grimes, Pilot - P"s 17th Supp and Supplemental Responses to RFP; TM File No. 24-2531 |
| **Date:** | Friday, December 26, 2025 10:57:52 AM |
| **Attachments:** | SAO to Extend Briefing- Motion for Sanctions.pdf |

You may use my electronic signature.

Sent while mobile. Please excuse any typos.

image001.png

Melissa L. Alessi, Esq.
**Senior Counsel**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Phone: 702.724.2648
Fax: 702.410.7684

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

On Dec 26, 2025, at 10:18 AM, Miriam Alvarez <Miriam@ladahlaw.com> wrote:

Hi Melissa—Attached is the SAO to Extend Briefing Schedule for your review. Please let us know if we can submit to the court using your e-signature. Thanks

Thank you.

**Miriam Alvarez ■ Litigation Paralegal**

**Ladah Law Building ■ 517 South Third Street ■ Las Vegas, Nevada 89101**
**702.252.0055 (p) ■ 702.248.0055 (f) ■ www.ladahlaw.com**

The information in this e-mail is ATTORNEY PRIVILEGED AND CONFIDENTIAL, intended solely for use by the individual or entity named above.
If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Melissa Alessi <malessi@tysonmendes.com>
**Sent:** Friday, December 26, 2025 8:37 AM
**To:** Ramzy Ladah <Ramzy@ladahlaw.com>
**Cc:** Adrian Karimi <Adrian@ladahlaw.com>; Jenny Marimberga <jenny@ladahlaw.com>; Misty Pettiford <mpettiford@tysonmendes.com>; Priscilla O'Briant <pobriant@tysonmendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Marissa Jimenez <marissa@ladahlaw.com>; Miriam Alvarez <Miriam@ladahlaw.com>
**Subject:** Re: Walton v. Grimes, Pilot - P's 17th Supp and Supplemental Responses to RFP; TM File No. 24-2531

Ramzy: